UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BEDRI OZKILINC, individually and on behalf
of those individuals similarly situated,                               JUDGMENT

                           Plaintiff,                                                       19-cv-6903-PKC-CLP

    v.

R&B AUTO WASH, INC., RICHARD PONZINI,
SJS AUTO WASH CORP., and BRIAN STARK,

                           Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 21, 2021; and Defendants R&B AUTO WASH, INC., RICHARD PONZINI having offered to allow judgment in this action to be taken against them, jointly and severally, and in favor of Plaintiff BEDRI OZKILINC, and the Opt-In Plaintiffs, BEDRI OZKILINC, WELMAN TIPAZ, ANGEL APONTE, and JUAN ALBERTO in the total sum of ONE HUNDRED THIRTY-FIVE THOUSAND DOLLARS and ZERO CENTS ($135,000.00), inclusive of attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims against the R&B Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff BEDRI OZKILINC, and the Opt-In Plaintiffs, BEDRI OZKILINC, WELMAN TIPAZ, ANGEL APONTE, and JUAN ALBERTO and against Defendants R&B AUTO WASH, INC., RICHARD PONZINI, jointly and severally, in the total sum of ONE HUNDRED THIRTY-FIVE THOUSAND DOLLARS and ZERO CENTS ($135,000.00), inclusive of attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiffs' claims

against the R&B Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 27, 2021 | Douglas C. Palmer<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>         Deputy Clerk |