UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BEDRI OZKILINC, individually and on behalf
of those individuals similarly situated,                                   JUDGMENT

                                    Plaintiff,                                 19-cv-6903-PKC-CLP

        v.

R&B AUTO WASH, INC., RICHARD PONZINI,
SJS AUTO WASH CORP., and BRIAN STARK,

                                    Defendants.
-------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December

21, 2021; and Defendants SJS AUTO WASH CORP. and BRIAN STARK having offered to

allow judgment in this action to be taken against them, and in favor of Plaintiff BEDRI

OZKILINC in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00),

inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete

satisfaction of all claims against Defendants alleged in Plaintiff's Complaint; it is

        ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff BEDRI

OZKILINC, and against Defendants SJS AUTO WASH CORP. and BRIAN STARK, in the

amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), inclusive of costs

and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all

claims against Defendants alleged in Plaintiff's Complaint.

Dated: Brooklyn, New York                                    Douglas C. Palmer
           December 27, 2021                                  Clerk of Court

                                                              By:      /s/Jalitza Poveda
                                                                       Deputy Clerk